UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JONATHAN PERSAUD,

Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The change of plea hearing in this matter scheduled for July 11, 2023 is adjourned to **July 12, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 7, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge